

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 13, 2013

The Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Igor Katsman
         Criminal Docket No. 09-865 (SJ)

Dear Judge Johnson:

    This letter is filed in response to the defendant Igor Katsman's motion to have the bond released in the above-referenced case.

    The defendant having been sentenced on November 30, 2012, the government does not oppose defendant's application.

                             Respectfully submitted,

                             LORETTA E. LYNCH
                             UNITED STATES ATTORNEY

                By:     /s/
                      Michael H. Warren
                      Assistant U.S. Attorney

cc: Eric Creizman, Esq. (By ECF)
    Clerk of the Court (By ECF)